# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr183

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| EDDY GUILLERMO SOTO. | ) | |

**THIS MATTER** is before the Court pursuant to Defendant's Motion to Suppress Tangible Evidence and Statements [Doc. 10], filed November 7, 2008.

On August 26, 2008, the Defendant was indicted in a one count bill of indictment and charged with being a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1). [Doc. 1, filed August 26, 2008]. The Defendant's initial appearance was held on October 8, 2008 at which time he received court-appointed counsel. His case was scheduled for trial during the December 2, 2008 term of court. [Doc. 6, filed October 8, 2008]. On November 7, 2008, the Defendant's attorney filed a motion to suppress which remains pending. [Doc. 10, filed November 7, 2008]. Thereafter, the

Defendant advised that he would plead guilty to the bill of indictment without benefit of plea agreement.

On November 25, 2008, the Defendant appeared in Court and entered his guilty plea without benefit of a plea agreement. The plea was accepted by the Magistrate Judge during the Defendant's Rule 11 inquiry. As a result, the pending motion to suppress is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Suppress Tangible Evidence and Statements [Doc. 10] is hereby **DENIED** as moot.

Signed: November 25, 2008

Martin Reidinger
United States District Judge